UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J&V SIMON, LLC, | Case No.: 2:25-cv-01407-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| LVGV, LLC, et al., | |
| Defendants | |

I ORDER that plaintiff J&V Simon, LLC's certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule because it does not identify each of J&V Simon, LLC's members and their citizenship. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by August 25, 2025.

DATED this 11th day of August, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE