Abran E. Vigil, Esq.
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:   702.471.7070
vigila@ballardspahr.com

*Attorneys for Defendants LVGV, LLC,*
*PENN Entertainment, Inc. and*
*GLP Capital, L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J&V Simon, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LVGV, LLC, a Nevada limited liability company; PENN Entertainment, Inc. f/k/a Penn National Gaming, Inc., a Pennsylvania corporation; GLP Capital, L.P., a Pennsylvania domestic limited partnership; DOE INDIVIDUALS 1 through 10, inclusive; and ROE ENTITIES 11 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.  2:25-cv-01407-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The current deadline for Defendants LVGV, LLC, PENN Entertainment, Inc., and GLP Capital, L.P. to respond to Plaintiff J&V Simon, LLC's Complaint is August 28, 2025.  Defendants have requested, and Plaintiff has agreed, that Defendants shall have up to and including September 29, 2025, to respond to Plaintiff's complaint. The extension of time to September 29, 2025, is shorter than the 60 day deadline that would be provided under Fed. R. Civ. P. 4(d)(3), and allows the Defendants to meaningfully review the claims and underlying facts giving rise to the complaint in order to form a response.

Error! Unknown document property name.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: August 18, 2025.

| BALLARD SPAHR LLP | REISMAN SOROKAC |
|---|---|
| By: /s/ Abran E. Vigil | By: /s/ Joshua H. Reisman |
| Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Joshua H. Reisman<br>Nevada Bar No. 7152<br>Elizabeth M. Sorokac<br>Nevada Bar No. 8270<br>8965 S. Eastern Ave., Suite 382<br>Las Vegas, Nevada 89123<br>(702) 727-6258<br>jreisman@rsnvlaw.com<br>esorokac@rsnvlaw.com |
| *Attorneys for Defendants LVGV, LLC PENN Entertainment, Inc., and GLP Capital, L.P.* | *Attorneys for Plaintiff J&V Simon, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: August 26, 2025