1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
7

8                                               Case #2:25-cv-01407-APG-BNW
   J&V Simon, LLC, a Nevada limited liability )
9  company,                                   )
                                              )  **VERIFIED PETITION FOR**
10              Plaintiff(s),                  )  **PERMISSION TO PRACTICE**
                                              )  **IN THIS CASE ONLY BY**
11         vs.                                )  **ATTORNEY NOT ADMITTED**
                                              )  **TO THE BAR OF THIS COURT**
12 LVGV, LLC, a Nevada limited liability       )  **AND DESIGNATION OF**
   company; et. al.,                          )  **LOCAL COUNSEL**
13                                            )
                Defendant(s).                 )
14 ─────────────────────────────────────────── )  FILING FEE IS $250.00

15

16         _____Barry W. Lee_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)
17

18     1.   That Petitioner is an attorney at law and a member of the law firm of

19     _____Manatt, Phelps & Phillips, LLP_____
                                       (firm name)
20  with offices at _____One Embarcadero Center, 30th Floor_____,
                                       (street address)
21  _____San Francisco_____,    _____California_____,    ___94111___,
              (city)                        (state)                  (zip code)
22

23  ___415-291-7450___,    ___BWLee@manatt.com___.
      (area code + telephone number)        (Email address)
24

25     2.   That Petitioner has been retained personally or as a member of the law firm by

26  _____J&V Simon, LLC_____   to provide legal representation in connection with
              [client(s)]
27  the above-entitled case now pending before this Court.

28                                                                      Rev. 5/16

3.      That since _____11/29/1979_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| USDC Central District of CA | 4/28/2015 | 88685 |
| USDC Northern District of CA | 11/29/1979 | 88685 |
| USDC Southern District of CA | 12/15/2003 | 88685 |
|  |  |  |
|  |  |  |
|  |  |  |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

The State Bar of California

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2     FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                   Petitioner's signature

      STATE OF _____California_____ )

5     COUNTY OF ___Nevada~~San Francisco~~___ )

6

7     _____Barry W. Lee_____, Petitioner, being first duly sworn, deposes and says:

8     That the foregoing statements are true.

9

10    Subscribed and sworn to before me this                          Petitioner's signature

11    __2__ day of __OCTOBER__, __2025__.

12

13    _____          SEE ATTACHED FOR
                Notary Public or Clerk of Court           NOTARIAL WORDING
14                                                              & SEAL

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18         Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19    believes it to be in the best interests of the client(s) to designate ___Joshua H. Reisman, Esq.___,
                                                                                  (name of local counsel)
      Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
      above-entitled Court as associate resident counsel in this action.  The address and email address of
21
      said designated Nevada counsel is:
22

23                              8965 S. Eastern Avenue, Suite 382                              ,
                                         (street address)
24
                    Las Vegas            ,            Nevada          ,          89123          ,
25                    (city)                          (state)                  (zip code)

26           702-727-6258           ,        jreisman@rsnvlaw.com          .
              (area code + telephone number)          (Email address)
27

28                                              4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joshua H. Reisman, Esq._____ as
                                                    (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

J&V Simon, LLC , Manager
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Joshua H. Reisman, Esq.*
Designated Resident Nevada Counsel's signature

7152                              jreisman@rsnvlaw.com
Bar number                        Email address

APPROVED:

Dated: this __9th__ day of ____October____, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of NEVADA

Subscribed and sworn to (or affirmed) before me on this 2 day of OCTOBER , 20 25 , by _____

_____ ,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

S. LONTZ
Comm. # 2482626
Notary Public California
Nevada County
Comm. Expires March 16, 2028

(Seal)                    Signature_____

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 9/9/2025

**LICENSEE NAME:** Barry William Lee

**LICENSEE BAR NUMBER:** 88685

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/29/1979

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Barry William Lee's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# United States District Court
## Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Barry William Lee

Bar Number 88685

was duly admitted to practice in this Court on November 29, 1979, and is in good standing as a member of the bar of this Court.

Signed on August 13, 2025 by



Mark B. Busby





# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

I, John Morrill, Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY that Barry William Lee was duly admitted to practice in said Court on

12/15/2003 , and is in good standing as a member of the bar of said Court.

Dated at San Diego, CA

on _____ 8/14/25 _____

**JOHN MORRILL, Clerk of Court**

By:  s/ G. Vocal _____

G. Vocal, Deputy

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

_Barry William Lee_ , Bar No. _88685_

was duly admitted to practice in this Court on _04/28/2015_

*DATE*

and  is active and in good standing     as a member of the Bar

of this Court.

Dated at Los Angeles, California

on _8/13/2025_

*Date*



BRIAN D. KARTH
Clerk of Court

By _Audree Sellarole_

Audree Sellarole  , Deputy Clerk