# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

J&V Simon, LLC, a Nevada limited liability company,

        Plaintiff(s),

   vs.

LVGV, LLC, a Nevada limited liability company, et al.

        Defendant(s).

Case #2:25-cv-01407

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Matthew Adam White_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Ballard Spahr LLP_____
(firm name)

with offices at _____1735 Market Street, 51st Floor_____,
(street address)

___Philadelphia___, ___Pennsylvania___, ___19103___,
(city)          (state)          (zip code)

___215-864-8849___, ___whitema@ballardspahr.com___.
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by ___All current Defendants and Counterclaimants___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since **November 9, 1989** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Pennsylvania** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| PA Supreme Court | November 9, 1989 | 55812 |
| USDC EDPA | March 30, 1990 | 55812 |
| USDC Middle District of PA | November 3, 2023 | 55812 |
| US Court of Appeals 3rd Circuit | July 14, 1997 | 55812 |

5.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

> None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Pennsylvania

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Pennsylvania___ )
                            )
COUNTY OF ___Philadelphia___ )

___Matthew Adam White___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___12___ day of ___AUGUST___, ___2025___.

_____
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
CAROLYN M. CAPOBIANCO, Notary Public
Philadelphia County
My Commission Expires May 13, 2026
Commission Number 1022918

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Abran E. Vigil___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Ballard Spahr LLP, 1980 Festival Plaza Drive, Suite 900___
(street address)

___Las Vegas___, ___Nevada___, ___89135___
(city)    (state)    (zip code)

___702-868-7523___    ___VigilA@ballardspahr.com___
(area code + telephone number)    (Email address)

4

Rev. 5/16

1 | By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2 | agreement and authorization for the designated resident admitted counsel to sign stipulations
3 | binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Abran E. Vigil, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
MELISSA L FURILLO
GLP Capital, L.P.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Abran Vigil
_____
Designated Resident Nevada Counsel's signature

Nevada Bar No. 7548       vigila@ballardspahr.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Abran E. Vigil, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Hilary Barrett*
(party's signature)

LVGV, LLC
(type or print party name, title)

_____
(party's signature)

Hilary Barrett, VP Employment & Litigation
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Abran Vigil
_____
Designated Resident Nevada Counsel's signature
Nevada Bar No. 7548    vigila@ballardspahr.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Abran E. Vigil, Esq. as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Penn Tenant, LLC
_____
(type or print party name, title)

*Chris Rogers*
_____
(party's signature)

Chris Rogers, EVP
_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

___/s/ Abran Vigil
_____
Designated Resident Nevada Counsel's signature

Nevada Bar No. 7548    vigila@ballardspahr.com
_____
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Abran E. Vigil, Esq. as his/her/their Designated Resident Nevada Counsel in this case.

*Chris Rogers*
(party's signature)

PENN Entertainment, Inc.
(type or print party name, title)

BY CHRIS ROGERS, SVP & CORPORATE SECRETARY
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Abran Vigil
Designated Resident Nevada Counsel's signature

Nevada Bar No. 7548    vigila@ballardspahr.com
Bar number    Email address

APPROVED:

Dated: this 17th day of October, 20 25.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16