Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Elizabeth M. Sorokac, Esq.
Nevada Bar No. 8270
**REISMAN·SOROKAC**
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: esorokac@rsnvlaw.com

**Manatt, Phelps & Phillips, LLP (US)**
Barry W. Lee (*admitted pro hac vice*)
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7450
Email: BWLee@manatt.com
Michael G. Nordon (*admitted pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4120
Email: MNordon@manatt.com
Attorneys for *Plaintiff J&V Simon, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| J&V Simon, LLC, a Nevada limited liability company,<br>    Plaintiff,<br>vs.<br>LVGV, LLC, a Nevada limited liability company; PENN Entertainment, Inc., fka Penn National Gaming, Inc., a Pennsylvania corporation; GLP CAPITAL, L.P., a Pennsylvania domestic limited partnership; DOE INDIVIDUALS 1 through 10, inclusive, and ROE ENTITIES 11 through 20, inclusive,<br>    Defendants. | CASE NO. 25-cv-01407<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF/COUNTERCLAIM DEFENDANT TO ANSWER DEFENDANTS/COUNTERCLAIMANTS' VERIFIED ANSWER AND COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |
| Penn Tenant, LLC, a Pennsylvania limited liability company; LVGV, LLC, a Nevada limited liability company, and GLP Capital, L.P., a Pennsylvania limited partnership,<br>    Counterclaimants,<br>vs.<br>J&V Simon, LLC, a Nevada limited liability company,<br>    Counterclaim Defendant. | |

1  //

2        The current deadline for Plaintiff/Counterclaim Defendant J&V Simon, LLC to file its Answer to Defendants/Counterclaimants' Verified Answer and Counterclaims is Monday, October 20, 2025. Plaintiff/Counterclaim Defendant has requested, and Defendants/Counterclaimants have agreed, that Plaintiff/Counterclaim Defendant shall have up to and including November 10, 2025, to file its Answer to Defendants/Counterclaimants' Verified Answer and Counterclaims. The extension of time to November 10, 2025, allows the Plaintiff/Counterclaim Defendant to meaningfully review the claims and underlying facts giving rise to the counterclaims in order to form a response.

10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Phone: (702) 727-6258 Fax: (702) 446-6756

This is J&V Simon, LLC's first request for such an extension, and it is made in good faith and not for purposes of delay.

DATED 17th day of October, 2025.

| REISMAN SOROKAC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ *Joshua H. Reisman, Esq.* | By: /s/ *Abran E. Vigil, Esq.* |
| Joshua H. Reisman<br>Nevada Bar No. 7152<br>Elizabeth M. Sorokac<br>Nevada Bar No. 8270<br>8965 S. Eastern Ave., Suite 382<br>Las Vegas, Nevada 89123<br>Telephone: (702) 727-6258<br>Email: jreisman@rsnvlaw.com<br>Email: esorokac@rsnvlaw.com | Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: (702) 471-7000<br>Email: vigila@ballardspahr.com<br><br>Thomas J. Gallagher, IV, Esq. (*admitted pro hac vice*)<br>Adrian R. King, Jr, Esq. (*admitted pro hac vice*)<br>Matthew A. White, Esq. (*admitted pro hac vice*)<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania, 19103<br>Email: gallaghert@ballardspahr.com<br>Email: kinga@ballardspahr.com<br>Email: whitema@ballardspahr.com |
| **Manatt, Phelps & Phillips, LLP (US)**<br>Barry W. Lee (*admitted pro hac vice*)<br>One Embarcadero Center, 30th Floor<br>San Francisco, California 94111<br>Telephone: (415) 291-7450<br>Email: BWLee@manatt.com<br>Michael G. Nordon (*admitted pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 312-4120<br>Email: MNordon@manatt.com | Attorneys for *Defendants and Counterclaimants LVGV, LLC, Penn Entertainment, Inc., GLP Capital, L.P., and Penn Tenant, LLC* |
| Attorneys for *Plaintiff/Counterclaim Defendant J&V Simon, LLC* | |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 20, 2025

3