Abran E. Vigil, Esq.
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com

Thomas J. Gallagher, IV, Esq.
(*Admitted Pro Hac Vice*)
Adrian R. King, Jr., Esq.
(*Admitted Pro Hac Vice*)
Matthew A. White, Esq.
(*Admitted Pro Hac Vice*)
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania, 19103
gallaghert@ballardspahr.com
kinga@ballardspahr.com
whitema@ballardspahr.com

*Attorneys for Defendants and Counterclaimants LVGV, LLC, Penn Entertainment, Inc., GLP Capital, L.P., and Penn Tenant, LLC*

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

J&V Simon, LLC, a Nevada limited liability company,

*Plaintiffs*,

v.

LVGV, LLC, a Nevada limited liability company; PENN Entertainment, Inc. f/k/a Penn National Gaming, Inc., a Pennsylvania corporation; GLP Capital, L.P., a Pennsylvania domestic limited partnership; DOE INDIVIDUALS 1 through 10, inclusive; and ROE ENTITIES 11 through 20, inclusive,

*Defendants*.

Penn Tenant, LLC, a Pennsylvania limited liability company; LVGV, LLC, a Nevada limited liability company, and GLP Capital, L.P., a Pennsylvania limited partnership,

*Counterclaimants*,

v.

J&V Simon, LLC, a Nevada limited liability company,

*Counterclaim Defendant*.

Case No.: 2:25-cv-01407-JAD-BNW

**STIPULATED REQUEST TO CONTINUE HEARING DATE ON MOTION TO COMPEL DISCOVERY [ECF No. 47]**

**(First Request)**

1. Plaintiff J&V Simon, LLC ("Plaintiff") and Defendants LVGV, LLC ("LVGV"), Penn Entertainment, Inc. f/k/a/ Penn National Gaming, Inc. ("Penn Entertainment"), and GLP Capital, L.P. ("GLP") (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and agree to continue the Motion to Compel Discovery ("Motion") hearing date currently set on October 6, 2026 be re-set to October 19, 2026, or a soon thereafter as the Court may hear the matter at its convenience.

2. Lead counsel for Defendants has prepaid travel out of the country the week of October 6. As a professional courtesy and accommodation, counsel for Plaintiff has agreed to move the hearing date. Accordingly, the parties first availability for a hearing on this Motion will be on October 19, 2026.

3. Subject to the Court's availability, the parties stipulate to and respectfully request this Court reset the hearing to **October 19, 2026** or as soon thereafter as the Court may hear the matter.

(Continued on the Next Page)

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

4. The Parties have not previously requested to move the October 6, 2026 hearing date and affirm that this request is made in good faith and it is not intended to delay or otherwise interfere with these proceedings.

**IT IS SO STIPULATED**

BALLARD SPAHR LLP

/s/ *Abran E. Vigil*
Abran E. Vigil, Esq.
Nevada Bar No. 7548
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com

Thomas J. Gallagher, IV, Esq.
(*admitted pro hac vice*)
Adrian R. King, Jr., Esq.
(*admitted pro hac vice*)
Matthew A. White, Esq.
(*admitted pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania, 19103
gallaghert@ballardspahr.com
kinga@ballardspahr.com
whitema@ballardspahr.com

*Attorneys for Defendants and Counterclaimants LVGV, LLC, Penn Entertainment, Inc., GLP Capital, L.P., and Penn Tenant, LLC*

MANATT, PHELPS & PHILLIPS, LLP

/s/ *Barry W. Lee*
Manatt, Phelps & Phillips, LLP (US)
Barry W. Lee (admitted pro hac vice)
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7450
Email: BWLee@manatt.com
Michael G. Nordon (admitted pro hac vice)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4120
Email: MNordon@manatt.com

Joshua H. Reisman
Nevada Bar No. 7152
Elizabeth M. Sorokac
Nevada Bar No. 8270
8965 S. Eastern Ave., Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Email: jreisman@rsnvlaw.com
Email: esorokac@rsnvlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant J&V Simon, LLC*

**ORDER**

Parties' stipulation is GRANTED. The hearing on the Motion to Compel Discovery, presently set for October 6, 2026, is CONTINUED to October 20, 2026, at 2:30 PM in Courtroom 3B before Magistrate Judge Brenda Weksler.

United States Magistrate Judge

DATED: September 15, 2026